UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KENNETH WAYNE LEWIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. No. 21-17792 (RBK) (AMD) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |

Plaintiff is a former federal prisoner proceeding *pro se* with a civil complaint. On October 1, 2021, this Court denied Plaintiff's application to proceed *in forma pauperis* after concluding that Plaintiff had three strikes under 28 U.S.C. § 1915(g). (*See* Dkt. No. 2 & 3). Thereafter, the United States Court of Appeals for the Third Circuit vacated this Court's decision and remanded this matter to this Court finding Plaintiff did not in fact have three strikes. (*See* Dkt. No. 9). Given the Third Circuit's mandate, the Clerk shall be ordered to reopen this case.

Plaintiff's current address of record in this case is F.C.I. Fort Dix in Fort Dix, New Jersey. However, as this Court has noted in several other cases Plaintiff filed with this Court, he is no longer incarcerated at F.C.I. Fort Dix. (*See* Civ. No. 21-2368 Dkt. No. 7). Indeed, the Federal Bureau of Prisons online inmate locator indicates that Plaintiff was released on January 20, 2022. *See* https://www.bop.gov/inmateloc/ (last visited June 8, 2022).

Plaintiff is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 13th day of June, 2022,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this order on Plaintiff by regular U.S mail at his last listed address of record.

                                                                    s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge